1018

Kate R. THOMAS, Community Survivor of the Estate of Herself and W. A. Thomas, Deceased, Appellant, v. GAUSE-WARE SERVICE INSURANCE COMPANY, Appellee.

No. 11804.

Circuit Court of Appeals, Fifth Circuit.

Oct. 24, 1946.

Robert B. Young, Jr., U. S. Atty., and A. W. Christian, Asst. U. S. Atty., both of Dallas, Tex., for appellant.

Before SIBLEY, HUTCHESON, and WALLER, Circuit Judges.

PER CURIAM.

On consideration of the motion filed by the appellant to dismiss the appeal in the above entitled cause, it is ordered by the Court that the appeal in said cause be, and it is hereby, dismissed.

Fester COTTON, Appellant, v. UNITED STATES of America, Appellee.

No. 11368.

Circuit Court of Appeals, Ninth Circuit.

Feb. 21, 1947.

Will G. Beardslee and George F. Ward, both of Seattle, Wash., for appellant.

J. Charles Dennis, U. S. Atty., and Allan Pomeroy, Tom A. Durham, and John E. Belcher, Asst. U. S. Attorneys, all of Seattle, Wash., for appellee.

Before GARRECHT, MATHEWS, and STEPHENS, Circuit Judges.

PER CURIAM.

The judgment appealed from is affirmed.